IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JASON DRIGGERS and SABRINA
DRIGGERS, his wife,

    Plaintiffs,

vs.

CASE NO. 3:00-CV-837-J-20C

GEORGIA-PACIFIC CORPORATION,
a foreign corporation, and RAILSERVE,
INC., a foreign corporation,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendant, Georgia-Pacific Corporation ("Georgia-Pacific"), pursuant to 28 U.S.C. §§1441 and 1446, hereby removes this action to the United States District Court for the Middle District of Florida, Jacksonville Division. The grounds for removal are as follows:

1.    On or about July 14, 2000, the Plaintiffs filed an action against Georgia-Pacific in the Circuit Court, Seventh Judicial Circuit, in and for Putnam County, Florida, Case No. 00-256-CA Division 52 (the "State Court Action").

2.    Georgia-Pacific first received notice of the State Court Action on July 14, 2000 when it was served with process in the State Court Action.

3.    At the time of the filing of the State Court Action, and at the time of the filing of the Notice of Removal herein, and at all times between such dates, diversity of citizenship existed between the parties, and the State Court Action is between citizens of different states as set forth below:

    a.    Plaintiffs are citizens of Florida and at all times material have resided within the state of Florida;

    b.    Georgia-Pacific is a Georgia corporation with its principal place of business in Atlanta, Georgia;

    c.    Railserve, Inc., is a Delaware corporation with its principal place of business in Atlanta, Georgia.

4.    In good faith, it appears that Plaintiff alleges damages which exceed the sum or value of $75,000.00, exclusive of interest, costs or attorney's fees.

5.    All of the defendants consent to removal.

6.    This action is removable to the United States District Court, Middle District of Florida, Jacksonville Division, on the basis that the Court has original jurisdiction of the action based upon diversity of citizenship of the parties and the requisite jurisdictional amount, pursuant to 28 U.S.C. §1332(a)(1).

7.    All of the papers filed in the State Court Action are attached hereto as Composite Exhibit "A."

8.    The Notice of Removal has been served upon Plaintiffs by service upon their attorneys, and a copy of the Notice of Removal has been filed with the Clerk of the Circuit Court of Putnam County, Florida, in the State Court Action.

WHEREFORE, Defendant Georgia-Pacific Corporation respectfully requests that this action proceed in this Court as an action properly removed pursuant to 28 U.S.C. §§1441 and 1446.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished by regular U.S. Mail to CHOBEE EBBETS, P.A., Ebbets, Armstrong, Chamberlin & Traster, 210 South Beach Street, Suite 200, Daytona Beach, Florida 32114 and Victor M. Halbach, Marks, Gray, Conroy & Gibbs, P.O. Box 447, Jacksonville, FL 32201 this 2 day of August, 2000.

Respectfully submitted,

HOLLAND & KNIGHT LLP

By: _____
Thomas E. Bishop
Florida Bar No. 0956236
Gregory Williamson
Florida Bar No. 0092990
50 North Laura Street
39th Floor
Jacksonville, FL 32202
(904) 353-2000
(904) 358-1872 (fax)
Attorneys for Defendant
Georgia-Pacific Corporation

JAX1 #562480 v1

# ADDITIONAL ATTACHMENTS NOT SCANNED

_____   Exceeds scanner's page limit
_____   Physical exhibit prevents scanning
___✓___ Other: _State Court Record_

# **REFER TO COURT FILE**

Revised 8/6/99