UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

01 MAY 31  AM 10: 48

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

JASON DRIGGERS and SABRINA
DRIGGERS, his wife,

    Plaintiffs,

                                       Case No. 3:00-cv-837-J-20TEM

-vs-

GEORGIA-PACIFIC CORPORATION,
a foreign corporation, and RAILSERVE,
INC., a foreign corporation,

    Defendants.

_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)

COME NOW the Plaintiffs, JASON DRIGGERS and SABRINA DRIGGERS, and the Defendants, GEORGIA-PACIFIC CORPORATION and RAILSERVE, INC., by and through their undersigned counsel, pursuant to Fed.R.Civ.P. 41(a), jointly move the Court to voluntarily dismiss, without prejudice, the Defendant, RAILSERVE INC., only, with each party to bear their own costs and attorney's fees.

DATED this 10th day of May, 2001.

Victor M. Halbach, Jr. Esq.
Marks Gray, P.A.
Post Office Box 447
Jacksonville, Florida 32201
(904) 398-0900
Attorney for Defendant, Railserve, Inc.
Florida Bar No. 0094480

Thomas E. Bishop, Esq.
Holland & Knight LLP
50 N. Laura Street, 39th Floor
Jacksonville, Florida 32202
(904) 353-2000
Attorney for Defendant Georgia-Pacific
Florida Bar No. 0956236

Chobee Ebbets, P.A.
Ebbets, Armstrong & Traster
210 South Beach Street, Suite 200
Daytona Beach, FL 32115
(904) 253-2288
Attorney for Plaintiff
Fla. Bar No. 218294