FILED

01 JUL 17 PM 3:04

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JASON DRIGGERS and
SABRINA DRIGGERS, his wife,

    Plaintiffs,

vs.                CASE NO.: 3:00-CV-837-J-20TJC

GEORGIA-PACIFIC CORPORATION,
a foreign corporation, et al.,

    Defendants.

**ORIGINAL**

    Deposition of KEVIN HAUGH, taken on behalf of Defendant Georgia-Pacific, pursuant to Notice of Taking Deposition, on Friday, May 4, 2001, beginning at 9:07 a.m., at the offices of Ebbets, Armstrong & Traster, 210 South Beach Street, Suite 200, Daytona Beach, Florida, before Stephanie L. Powers, Registered Professional Reporter, and a Notary Public in and for the State of Florida at Large.

APPEARANCES:

    CHOBEE EBBETS, Esquire, Attorney for Plaintiffs.

    THOMAS E. BISHOP, Esquire, Attorney for Defendant
        Georgia-Pacific Corporation.

    VICTOR HALBACH, JR., Esquire, Attorney for
        Defendant RailServe.

**TRANSCRIPTS FILED IN SEPARATE FOLDER**

Powers & Henderson Reporting, Inc.
220 East Forsyth Street
Jacksonville, FL 32202
(904)355-4077

# ADDITIONAL ATTACHMENTS <u>NOT</u> SCANNED

\_\_\_\_\_ Exceeds scanner's page limit
\_\_\_\_\_ Physical exhibit prevents scanning
✓ Other: _Deposition_

# **REFER TO COURT FILE**

Revised 8/6/99