UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED

2001 DEC -6 A 8 55

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

JASON DRIGGERS and SABRINA
DRIGGERS, his wife,

    Plaintiffs,

-vs-

Case No. 3:00-cv-837-J-20TEM

GEORGIA-PACIFIC CORPORATION,
a foreign corporation, and RAILSERVE,
INC., a foreign corporation,

    Defendants.
_____/

## PLAINTIFFS' AFFIDAVIT IN SUPPORT OF OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

STATE OF FLORIDA
COUNTY OF VOLUSIA

    The Undersigned Jason Driggers, being first duly sworn deposes and says as follows:

1. That is has personal knowledge of each and every following fact.

2. That he is the plaintiff is the above-captioned action.

3. That he was employed by RailServe, Inc. on the date of the accident and was not an employee of Defendant, Georgia-Pacific.

4. That the only information or instruction that he would receive in the context of performing his duties switching railroad cars at the Georgia Pacific plant as part of his duties for RailServe was to find out which cars needed to be moved, When the cars needed to be moved and where they need to be moved to.

5. No employee of Georgia Pacific in any way exercised any control over the actual method and manner in which I performed by duties as a rail switcher. I had complete control over the manner in which I performed the work itself.

6. At no time did Georgia Pacific exercise any control over the details of my

work that was performed for RailServe, Inc.

        FURTHER AFFIANT SAYETH NOT

                              JASON DRIGGERS

State of Florida
County of <u>VOLUSIA</u>

    The foregoing instrument was acknowledged before me this 5th day of December, 2001 by JASON DRIGGERS.who is personally produced a driver's license and who did take an oath.

                            Notary Public, State of Florida

                            My Commission Expires:



Stephanie C Cleaoere
My Commission CC988612
Expires September 10, 2004