FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

01 DEC 12 AM 10: 06

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

JASON DRIGGERS and SABRINA
DRIGGERS, his wife,

    Plaintiffs,

vs.                                            Case No. 3:00-cv-837-J-20TEM

GEORGIA-PACIFIC CORPORATION,
a foreign corporation, and RAILSERVE,
INC., a foreign corporation,

    Defendants.
_____/

### ORDER

This case is before the Court on Plaintiff's Motion to Extend Time for Response and For Oral Argument (Doc. No. 50, filed October 31, 2001). The Motion is **DENIED IN PART** and **GRANTED IN PART**. Plaintiff's Motion to Extend Time is **GRANTED** but the Motion for Oral Argument is **DENIED**.

**DONE AND ORDERED** at Jacksonville, Florida, this _____ day of December 2001.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Chobee Ebbets, Esq.
Thomas Bishop, Esq.
Garry Randolph
Law Clerk

F I L E   C O P Y

Date Printed: 12/12/2001

Notice sent to:

   ___   Chobee Ebbets, Esq.
          Ebbets, Armstrong, Chamberlin & Traster
          210 South Beach St.
          Suite 200
          Daytona Beach, FL  32114

   ___   Thomas Edward Bishop, Esq.
          Holland & Knight LLP
          50 N. Laura St., Suite 3900
          Jacksonville, FL  32202